**UNITED STATES DISTRICT COURT**
**DISRICT OF NEW JERSEY**

ROWE PLASTIC SURGERY OF NJ LLC,

Plaintiff,

-against-

AETNA,

Defendant.

Index No: 2:25-cv-02979-KSH-JRA

**STIPULATION OF**
**DISMISSAL**
**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant, by and through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is voluntarily dismissed with prejudice, with each party to bear its own costs and fees.

_Evan Gilman_
Evan Gilman
**GOTTLIEB & GREENSPAN, LLC**
*Attorneys for Plaintiff*
*Rowe Plastic Surgery of NJ LLC*
17-17 Route 208, Suite 250
Fair Lawn, New Jersey 07410
(201) 644-0890
Email: egilman@gottliebandgreenspan.com

/S/ Adam Petitt
Adam Petitt
**ROBINSON & COLE LLP**
*Attorneys for Defendant*
*Aetna*
1650 Market Street, Suite 3030
Philadelphia, Pennsylvania 19103
(215) 398-0562
Email: apetitt@rc.com

SO ORDERED this day of September 8, 2025
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.

1